ROCKAWAY POINT COMPANY, INCORPORATED, Respondent, *v.* NILS FRIBERG, Appellant.

*Appeal — motion to dismiss on ground that orders appealed from were not orders of modification denied.*

Reported below, 198 App. Div. 923.

(Submitted October 3, 1921; decided October 11, 1921.)

MOTION to dismiss appeals from two orders of the Appellate Division of the Supreme Court in the second judicial department, entered June 24, 1921, the first of which modified and affirmed as modified a final order of the County Court of Queens county awarding, in summary proceedings, to the plaintiff possession of certain premises and the second of which modified and affirmed as modified an order of said County Court denying a motion to vacate said final order.

The motion was made upon the grounds that the orders appealed from were neither of them orders of modification within the meaning of section 190 of the Code of Civil Procedure and that permission to appeal had not been granted.

*Meier Steinbrink* and *Frank E. Johnson, Jr.,* for motion.
*Awid Wechsler,* opposed.

Motion denied, without costs and without prejudice to consideration of question of appealability of order on argument.